## UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

    Terry Donnell Griffin  
    and  
    Annette R. Griffin  
            Debtors

Chapter 13

Case No. 09-12362-RGM

## ORDER CONFIRMING MODIFIED PLAN

    The Modified Chapter 13 Plan filed by Terry Donnell Griffin and Annette R. Griffin on June 15, 2009, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. Section 1325(a);

**It is ORDERED that:**
    (1)    the Plan as filed or modified is CONFIRMED.
    (2)    Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval form this Court.
    (3)    All funds received by the Chapter 13 Trustee on or before the date of an order of conversion or dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.

**It is further ORDERED that:**

     1.    Beginning on April 28, 2009, the Debtor has paid to date the total amount of $972.45 and on June 28, 2009 and each month thereafter until further order of this Court, the Debtors shall pay to the Trustee, Thomas P. Gorman at P.O. Box 1553, Memphis, TN 38101-1553 the sum of $501.00 per month for the remaining 58 months of the Plan.  Payments under said Plan to be completed within 60 months from the due date of the first payment in this case.

     2.    That the Debtor(s) shall furnish the Trustee annual federal and state income tax returns within forty five (45) days of the due date of such returns, and such additional information as the Trustee may require for determination of the Debtors' disposable income.

Dated: _____

_____
Robert G. Mayer
United States Bankruptcy Judge

Confirmation Recommended.

_/s/ Thomas P. Gorman _____
Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB #26421

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman_____
Thomas P. Gorman, Chapter Trustee

**PARTIES TO RECEIVE COPIES**

Terry Donnell Griffin
Annette R. Griffin
Chapter 13 Debtors
14309 Fallbrook Lane
Woodbridge, VA 22193


Russell Baird Adams, III, Esq.
Chung & Press
6718 Whittier Ave. Ste. 200
Mclean, VA 22101-4531


Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA  22314